**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
HEMENEGILDA SANTANA,

                      Plaintiff,                         **ORDER**

                -against-                          **24-CV-4295 (JW)**

JOSE SOLANO and READING
TRANSPORTATION CORP.,

                      Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

    The Court having been advised at Dkt. No. 14 that all claims asserted herein have been settled in principle, it is ORDERED that the above-entitled action be and is hereby DISMISSED and discontinued without costs, and without prejudice to the right to reopen the action **within thirty days** of the date of this Order if the settlement is not consummated.

    To be clear, any application to reopen must be filed by the aforementioned deadline; any application to reopen filed thereafter may be denied solely on that basis. Further, requests to extend the deadline to reopen are unlikely to be granted.

    If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court. The Court will not retain jurisdiction to enforce a settlement agreement absent a request to do so.

    Any pending motions are moot. All conferences are canceled. **The Clerk of Court is respectfully requested to close this case.**

SO ORDERED.

DATED:    New York, New York
               June 10, 2025

                                                             JENNIFER E. WILLIS
                                                             United States Magistrate Judge